IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

Tiffany Rowe,

PLAINTIFF,

CIVIL ACTION NO.

V.

LifeSouth Community Blood Centers,

DEFENDANT.

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the Plaintiff by and through her attorney of record, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Northern District of Alabama's Order:   **This party is an individual.**

Dated: 6-15-09

_____
David R. Arendall, Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL  35203
205.252.1550 – Office; 205.252.1556 – Facsimile

1