### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIFFANY ROWE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CIVIL ACTION NO.: 2:09-cv-01198** |
| vs. | ) | |
| | ) | |
| **LIFESOUTH COMMUNITY** | ) | |
| **BLOOD CENTERS,** | ) | |
| | ) | |
| Defendant. | ) | |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the <u>Federal Rules of Civil Procedure</u>, Defendant LifeSouth Community Blood Centers ("LifeSouth") submits its Corporate Disclosure Statement. LifeSouth is a system of non-profit, volunteer blood centers. It does not have any parent, subsidiary or affiliate companies that are publicly held or that own more than ten percent (10%) of LifeSouth's stock.

Date: July 7, 2009.

                   Respectfully submitted,

          By: <u>s/ ***Taffi S. Stewart***</u>
              E. Britton Monroe (MON032)
              Taffi S. Stewart (SMI171)
              Rachel E. VanNortwick (VAN040)
              Attorneys for Defendant,
              LifeSouth Community Blood Centers

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama  35223
Telephone:  (205) 967-8822

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of July, 2009, a true and correct copy of the foregoing was served via the CM/ECF electronic filing system for the United States District Court for the Northern District of Alabama upon the following parties:

David Arendall
Allen D. Arnold
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
(205) 252-1550
(205) 252-1556 – Facsimile

                                           s/ *Taffi S. Stewart*_____
                                           OF COUNSEL

855106-1